UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

         Plaintiff,

   v.

Moresi, Inc., a California
Corporation; and Does 1-10,

         Defendants

Case: 2:14-CV-00508-MCE-CKD

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

## ORDER

Having read the parties' Stipulation for Dismissal (ECF No. 10) and good cause appearing therefore, pursuant to Federal Rule of Civil Procedure 41(a) this action is DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is DIRECTED to CLOSE this case.

    IT IS SO ORDERED.

Dated:  September 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Stipulation for Dismissal        Case: 2:14-CV-00508-MCE-CKD